No. 78–1504.  CRUZ *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 78–1909.  CARCHMAN ET UX. *v.* KORMAN CORP.  C. A. 3d Cir.  Certiorari denied.

No. 78–6788.  DIX *v.* WISCONSIN.  Sup. Ct. Wis.  Certiorari denied.

No. 78–6923.  BELL *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 79–11.  BOONE *v.* GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 79–19.  PAULEY PETROLEUM, INC., ET AL. *v.* UNITED STATES ET AL.  Ct. Cl.  Certiorari denied.

No. 79–24.  GUZMAN *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 79–44.  PACIFIC INTERNATIONAL RICE MILLS, INC. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 9th Cir.  Certiorari denied.

No. 79–47.  EMERY *v.* OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 79–63.  COLUMBIA GAS TRANSMISSION CORP. *v.* SOUTHGATE DEVELOPMENT CORP.  Ct. App. Ohio, Lorain County. Certiorari denied.

No. 79–85.  DAVIDSON SUPPLY CO. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.  C. A. 4th Cir.  Certiorari denied.